**No. 52043.**— Weil Bros. et al. *v.* United States, protests 960072–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.   In accordance therewith the claim of the plaintiffs was sustained.

**No. 52044.**—Oxford University Press, New York, Inc. *v.* United States, protest 67220–K (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of books of bona fide foreign authorship, composed in chief value of india paper, weighing over 10 pounds and less than 20½ pounds to the ream of 288,000 square inches, similar in all material respects (except title) to the books which were the subject of *Oxford University Press, New York, Inc.* v. *United States* (9 Cust. Ct. 63, C. D. 663).   In accordance with stipulation and following the cited authority the claim of the plaintiff was sustained.

**No. 52045.**—Alan J. Twomey *v.* United States, protest 127934–K (Pembina).

Opinion by KINCHELOE, J.   Inasmuch as it was shown by the record and conceded by counsel for the Government that the claim of the plaintiff was well-taken, the protest was sustained.